## ELECTRONIC RECORD

COA #   05-13-01068-CR          OFFENSE:   22.02

STYLE:   Matthew James Ayers v. The State of Texas          COUNTY:   Dallas

COA DISPOSITION:      AFFIRM          TRIAL COURT:   Criminal District Court No. 4

DATE: 12/31/2014          Publish: NO   TC CASE #:   F-0301252-K

## IN THE COURT OF CRIMINAL APPEALS

059-15
060-15

STYLE:   Matthew James Ayers v. The State of Texas          CCA #: _____

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: ___04/15/2015___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD